IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALICE MAE GOULD, | ) | 8:14CV258 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| OMAHA PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

The parties have filed a Joint Stipulation for Dismissal with Prejudice (Filing No. 7) pursuant to Federal Rule of Civil Procedure 41(a). Accordingly,

IT IS ORDERED: Plaintiff's Complaint is dismissed with prejudice. A separate judgment will be entered in accordance with this order.

DATED this 22nd day of January, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge